UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALAN LAWSON, | CASE NO.   1:09-cv-992-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| SHERIFF DONALD YOUNGBLOOD, et al., | (ECF No. 18) |
| Defendants. | |

Plaintiff Richard Alan Lawson ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 8, 2009.  Plaintiff has consented to the Magistrate Judge handling all matters in this action. (ECF No. 5.)

On June 14, 2011, the Court filed an order, granting Plaintiff's motion for an extension of time to file a second amended complaint. (ECF No. 17.) Plaintiff's second complaint was due on July 5, 2011.  (Id.)  After this deadline passed without Plaintiff complying with or even responding to the Court's order, the Court on July 27, 2011 ordered Plaintiff to show cause within thirty days why this action should not be dismissed. (ECF No. 18.) Plaintiff filed a response on September 6, 2009. (ECF No. 19.) Although untimely, the Court has considered the merits of Plaintiff's response and, based on Plaintiff's representations therein, will exercise leniency and discharge the order to show cause.

Accordingly, it is hereby ORDERED that the order to show cause, filed July 27, 2011, is DISCHARGED.

IT IS SO ORDERED.

Dated:   December 16, 2011                /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE