# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALAN LAWSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD YOUNGBLOOD, et al.,<br><br>    Defendants. | Case No. 1:09-cv-00992-LJO-MJS (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO CLARIFY HIS CURRENT ADDRESS**<br><br>**(ECF No. 79)**<br><br>**THIRTY DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's notice of change of address filed March 28, 2014 (ECF No. 79) which changes his address of record from the California Medical Facility in Vacaville, CA, to that of a non-attorney private party in Bakersfield, CA.

A party acting in pro se is required to provide the Court with his or her current address. Local Rule 183(b). A non-attorney may not represent or appear for a pro se party. Local Rule 183(a). The address of a non-attorney may not be used where it is not the pro se party's current address.

The Court cannot determine from the record which of the above addresses is Plaintiff's current address.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall notify the Court of his residence current address by not later than thirty days from filing of this Order, and

2. The Clerk of the Court shall serve this Order on Plaintiff at both of the following addresses:

| | |
|---|---|
| **Richard Alan Lawson**<br>D-30022<br>California Medical Facility (2500)<br>P.O. Box 2500<br>Vacaville, CA 95696-2500 | **Richard Alan Lawson**<br>c/o Leland Terrell<br>334 Clifton St.,<br>Bakersfield, CA 93307 |

IT IS SO ORDERED.

Dated: April 1, 2014   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE