THERESA A. GOLDNER, COUNTY COUNSEL
By: ANDREW C. THOMSON, DEPUTY (SBN 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants  Laird,
Sawaske, Embrey and Chang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ALAN LAWSON, | ) | CASE NO. 1:09-CV-00992-MJS (PC) |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL OF |
| | ) | ENTIRE CASE AND ORDER |
| vs. | ) | |
| | ) | |
| MATTHEW LAIRD, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | TRIAL DATE: May 12, 2015 |

**COME NOW**, the Parties to this matter, Plaintiff Richard Alan Lawson, in pro per, and Defendants Deputy Laird, Deputy Sawaske, Deputy Embrey and Sergeant Chang (hereinafter collectively "County Defendants") through their counsel of record Andrew C. Thomson of Kern County Counsel's Office, and provide as follows:

**IT IS HEREBY STIPULATED**, by and between the Parties to this action that the above-captioned action be dismissed with prejudice in its entirety as to any complaint, allegation and/or cause of action against County Defendants and/or their agents or employees, more specifically the dismissal of the entire applicable complaint of Plaintiff Richard Alan Lawson against Defendants Deputy Laird, Deputy Sawaske, Deputy Embrey and Sergeant Chang

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: February 10, 2015

/s/Richard Alan Lawson
Richard Alan Lawson, In Pro Per
Plaintiff

Dated: February 10, 2015       **THERESA A. GOLDNER, COUNTY COUNSEL**

By /s/Andrew C. Thomson
Andrew C. Thomson, Deputy
Attorneys for Defendants Laird, Sawaske,
Embrey and Chang

### ORDER

The stipulation is approved as set forth above.

**SO ORDERED**
**Dated: February 12, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**